| **Information to identify the case:** | | |
|---|---|---|
| Debtor 1 | **Daryl L Bassett** | Social Security number or ITIN  **xxx–xx–8301** |
| | First Name    Middle Name    Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | **Connie L Bassett** | Social Security number or ITIN  **xxx–xx–9626** |
| | First Name    Middle Name    Last Name | EIN  _ _–_ _ _ _ _ _ _ |

United States Bankruptcy Court  **WESTERN DISTRICT OF PENNSYLVANIA**

Case number:  **14–70004–JAD**

# Order of Discharge

**12/15**

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Daryl L Bassett                                              Connie L Bassett

<u>6/24/19</u>

**By the court:**      <u>Jeffery A. Deller</u>
United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2**

Form 3180W                **Chapter 13 Discharge**                page 1

♦ debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

♦ debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

♦ some debts which the debtors did not properly list;

♦ debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

♦ debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

♦ debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

♦ debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                              Case No. 14-70004-JAD
Daryl L Bassett                                                     Chapter 13
Connie L Bassett
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-7          User: culy              Page 1 of 2              Date Rcvd: Jun 24, 2019
                             Form ID: 3180W          Total Noticed: 23


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 26, 2019.
db/jdb         +Daryl L Bassett,   Connie L Bassett,   429 Bassett Road,   Hooversville, PA 15936-7609
cr             +Beneficial Consumer Discount Company,   14841 Dallas Parkway, Suite 300,
                DALLAS, TX 75254-7883
14885534       +Citibank, N.A., as trustee for CMLTI,   Asset Trust,   C/O Fay Servicing, LLC,
                3000 Kellway Dr. Ste 150,   Carrollton, TX 75006-3357
13774798       +David P. Lentz, DMD,   268 Route 711,   P.O. Box 108,   Jones Mills, PA 15646-0108
13967355       +LSF9 Master Participation Trust,   13801 Wireless Way,   Oklahoma City, OK 73134-2500
13774802       +Silver Beach Club,   1025 South Atlantic Avenue,   Daytona Beach, FL 32118-4798
13774803       +Somerset County Tax Claim Bureau,   300 N. Center Avenue,   Suite 370,
                Somerset, PA 15501-1470
13774804       +Somerset Trust Company,   151 W Main St,   Somerset, PA 15501-2068

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jun 25 2019 02:34:10     Pennsylvania Dept. of Revenue,
                Department 280946,   P.O. Box 280946,   ATTN: BANKRUPTCY DIVISION,
                Harrisburg, PA  17128-0946
intp            E-mail/Text: jstiller@clevelandbrothers.com Jun 25 2019 02:33:54
                Cleveland Brothers Equipment Company, Inc.,   Attn: Payroll Manager,
                4565 William Penn Highway,   Murrysville, PA  15668-2016
cr             +EDI: PRA.COM Jun 25 2019 06:13:00     PRA Receivables Management, LLC,   PO Box 41067,
                Norfolk, VA 23541-1067
13803709       +E-mail/Text: bncmail@w-legal.com Jun 25 2019 02:34:20     ALTAIR OH XIII, LLC,
                C O WEINSTEIN,PINSON AND RILEY, PS,   2001 WESTERN AVENUE, STE 400,   SEATTLE, WA 98121-3132
13803768        EDI: AIS.COM Jun 25 2019 06:13:00     American InfoSource LP as agent for,   Verizon,
                PO Box 248838,   Oklahoma City, OK  73124-8838
13774796        E-mail/Text: legal-compliance@directbuy.com Jun 25 2019 02:33:38     Beta Finance Company, Inc.,
                P.O. Box 6000,   Crown Point, IN 46308
13774797       +EDI: CAPITALONE.COM Jun 25 2019 06:13:00     Cap One,   26525 N Riverwoods Blvd,
                Mettawa, IL 60045-3440
13778284        EDI: DISCOVER.COM Jun 25 2019 06:13:00     Discover Bank,   DB Servicing Corporation,
                PO Box 3025,   New Albany, OH  43054-3025
13774799       +EDI: DISCOVER.COM Jun 25 2019 06:13:00     Discover Fin Svcs Llc,   Po Box 15316,
                Wilmington, DE 19850-5316
13853888       +EDI: HFC.COM Jun 25 2019 06:13:00     HSBC MORTGAGE SERVICING, INC.,   P.O. BOX 21188,
                EAGAN, MINNESOTA 55121-0188
13774800       +EDI: HFC.COM Jun 25 2019 06:13:00     Hfc,   Po Box 9068,   Brandon, FL 33509-9068
13774801       +EDI: AGFINANCE.COM Jun 25 2019 06:13:00     OneMain Financial,   261 Plank Road,
                Somerset, PA 15501-2324
13853895        EDI: PRA.COM Jun 25 2019 06:13:00     Portfolio Recovery Associates, LLC,   POB 12914,
                Norfolk VA 23541
13774805       +EDI: AGFINANCE.COM Jun 25 2019 06:13:00     Springleaf,   P.O. Box 64,
                Evansville, IN 47701-0064
13774807       +EDI: VERIZONCOMB.COM Jun 25 2019 06:13:00     Verizon Wireless,   P.O. Box 25505,
                Lehigh Valley, PA 18002-5505
                                                                              TOTAL: 15


            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              CitiBank, N.A,. as Trustee for CMLTI Asset Trust
cr*            +BENEFICIAL CONSUMER DISCOUNT COMPANY,   14841 Dallas Parkway, Suite 300,
                Dallas, TX 75254-7883
cr*            +Citibank, N.A., as trustee for CMLTI Asset Trust,   C/O Fay Servicing, LLC,
                3000 Kellway Dr. Ste 150,   Carrollton, TX 75006-3357
cr*            +LSF9 Master Participation Trust,   13801 Wireless Way,   Oklahoma City, OK 73134-2500
13774806*      +Springleaf,   Po Box 64,   Evansville, IN 47701-0064
                                                                              TOTALS: 1, * 4, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 26, 2019                              Signature:  /s/Joseph Speetjens

District/off: 0315-7          User: culy              Page 2 of 2              Date Rcvd: Jun 24, 2019
                            Form ID: 3180W           Total Noticed: 23

___

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 24, 2019 at the address(es) listed below:

        James  Warmbrodt    on behalf of Creditor   CitiBank, N.A,. as Trustee for CMLTI Asset Trust
         bkgroup@kmllawgroup.com
        Kenneth P. Seitz    on behalf of Joint Debtor Connie L Bassett thedebterasers@aol.com
        Kenneth P. Seitz    on behalf of Debtor Daryl L Bassett thedebterasers@aol.com
        Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
        Robert W. Cusick    on behalf of Creditor   LSF9 Master Participation Trust RCusick@squirelaw.com,
         lcolwell@squirelaw.com
        Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com

                                                     TOTAL: 6