IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

IN RE:
DARYL L BASSETT
CONNIE L BASSETT
    Debtor(s)

Ronda J. Winnecour
    Movant
    vs.
No Repondents.

**DEFAULT O/E JAD**

Bankruptcy No. 14-70004-JAD

Chapter 13

Related To Doc. No. 48

**ORDER OF COURT**

AND NOW, this 24th day of June, 2019, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

(1) This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

(2) The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

(3) To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

(4) Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

(5) Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

(6) After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

FILED
6/24/19 5:45 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

JEFFERY A. DELLER   mas
U.S. BANKRUPTCY JUDGE

```
                          United States Bankruptcy Court
                          Western District of Pennsylvania
In re:                                                                  Case No. 14-70004-JAD
Daryl L Bassett                                                         Chapter 13
Connie L Bassett
        Debtors
                                    CERTIFICATE OF NOTICE
District/off: 0315-7          User: culy                  Page 1 of 2                  Date Rcvd: Jun 24, 2019
                              Form ID: pdf900             Total Noticed: 22


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 26, 2019.
db/jdb         +Daryl L Bassett,    Connie L Bassett,    429 Bassett Road,    Hooversville, PA 15936-7609
cr             +Beneficial Consumer Discount Company,    14841 Dallas Parkway, Suite 300,
                 DALLAS, TX 75254-7883
14885534       +Citibank, N.A., as trustee for CMLTI,    Asset Trust,    C/O Fay Servicing, LLC,
                 3000 Kellway Dr. Ste 150,    Carrollton, TX 75006-3357
13774798       +David P. Lentz, DMD,    268 Route 711,    P.O. Box 108,    Jones Mills, PA 15646-0108
13853888       +HSBC MORTGAGE SERVICING, INC.,    P.O. BOX 21188,    EAGAN, MINNESOTA 55121-0188
13774800       +Hfc,   Po Box 9068,    Brandon, FL 33509-9068
13967355       +LSF9 Master Participation Trust,    13801 Wireless Way,    Oklahoma City, OK 73134-2500
13774802       +Silver Beach Club,    1025 South Atlantic Avenue,    Daytona Beach, FL 32118-4798
13774803       +Somerset County Tax Claim Bureau,    300 N. Center Avenue,    Suite 370,
                 Somerset, PA 15501-1470
13774804       +Somerset Trust Company,    151 W Main St,    Somerset, PA 15501-2068

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
intp            E-mail/Text: jstiller@clevelandbrothers.com Jun 25 2019 02:33:54
                 Cleveland Brothers Equipment Company, Inc.,    Attn: Payroll Manager,
                 4565 William Penn Highway,    Murrysville, PA  15668-2016
cr             +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jun 25 2019 02:31:39
                 PRA Receivables Management, LLC,    PO Box 41067,    Norfolk, VA 23541-1067
13803709       +E-mail/Text: bncmail@w-legal.com Jun 25 2019 02:34:20     ALTAIR OH XIII, LLC,
                 C O WEINSTEIN,PINSON AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
13803768        E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jun 25 2019 02:42:15
                 American InfoSource LP as agent for,    Verizon,   PO Box 248838,
                 Oklahoma City, OK   73124-8838
13774796        E-mail/Text: legal-compliance@directbuy.com Jun 25 2019 02:33:38      Beta Finance Company, Inc.,
                 P.O. Box 6000,    Crown Point, IN 46308
13774797       +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jun 25 2019 02:29:33       Cap One,
                 26525 N Riverwoods Blvd,    Mettawa, IL 60045-3440
13778284        E-mail/Text: mrdiscen@discover.com Jun 25 2019 02:33:38      Discover Bank,
                 DB Servicing Corporation,    PO Box 3025,    New Albany, OH  43054-3025
13774799       +E-mail/Text: mrdiscen@discover.com Jun 25 2019 02:33:38      Discover Fin Svcs Llc,
                 Po Box 15316,    Wilmington, DE 19850-5316
13774801       +E-mail/PDF: cbp@onemainfinancial.com Jun 25 2019 02:29:28      OneMain Financial,
                 261 Plank Road,    Somerset, PA 15501-2324
13853895        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jun 25 2019 02:31:39
                 Portfolio Recovery Associates, LLC,    POB 12914,    Norfolk VA 23541
13774805       +E-mail/PDF: cbp@onemainfinancial.com Jun 25 2019 02:30:27      Springleaf,    P.O. Box 64,
                 Evansville, IN 47701-0064
13774807       +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Jun 25 2019 02:33:35
                 Verizon Wireless,    P.O. Box 25505,    Lehigh Valley, PA 18002-5505
                                                                                               TOTAL: 12

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              CitiBank, N.A,. as Trustee for CMLTI Asset Trust
cr*            +BENEFICIAL CONSUMER DISCOUNT COMPANY,    14841 Dallas Parkway, Suite 300,
                 Dallas, TX 75254-7883
cr*            +Citibank, N.A., as trustee for CMLTI Asset Trust,    C/O Fay Servicing, LLC,
                 3000 Kellway Dr. Ste 150,    Carrollton, TX 75006-3357
cr*            +LSF9 Master Participation Trust,    13801 Wireless Way,    Oklahoma City, OK 73134-2500
13774806*      +Springleaf,    Po Box 64,    Evansville, IN 47701-0064
                                                                                         TOTALS: 1, * 4, ## 0

Addresses marked ’+’ were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 26, 2019                            Signature:  /s/Joseph Speetjens

```
District/off: 0315-7          User: culy                Page 2 of 2              Date Rcvd: Jun 24, 2019
                              Form ID: pdf900           Total Noticed: 22
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 24, 2019 at the address(es) listed below:
              James   Warmbrodt    on behalf of Creditor    CitiBank, N.A,. as Trustee for CMLTI Asset Trust
               bkgroup@kmllawgroup.com
              Kenneth P. Seitz    on behalf of Joint Debtor Connie L Bassett thedebterasers@aol.com
              Kenneth P. Seitz    on behalf of Debtor Daryl L Bassett thedebterasers@aol.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Robert W. Cusick    on behalf of Creditor    LSF9 Master Participation Trust RCusick@squirelaw.com,
               lcolwell@squirelaw.com
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 6
```